# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

2700 GEN DEGAULLE, LLC

VERSUS

DEMORAN DONUTS PLUS, LLC,
DEMORAN CHICKEN, LLC, AND
DEMORAN FOODS, LLC

NO.  2026 CW 0616

**AUGUST 10, 2026**

---

In Re:    Demoran Donuts Plus, LLC, Demoran Chicken, LLC, and
          Demoran Foods, LLC, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 2026-11129.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

    **WRIT NOT CONSIDERED.** Defendants, Demoran Donuts Plus, LLC, Demoran Chicken, LLC, and Demoran Foods, LLC, seek review of the trial court's interlocutory judgment denying the motion to continue the eviction hearing. However, a judgment granting eviction constitutes a final, appealable judgment. See La. Code Civ. P. art. 4735; **Terrebonne Par. Port Comm'n v. Eagle Dry Dock & Marine Repairs, L.L.C.**, 2014-0010 (La. App. 1st Cir. 7/7/15), 2015 WL 4094331, *7 (unpublished). Moreover, if a final judgment is issued, jurisprudence does not suggest that an interlocutory judgment may be appealed without also seeking review of the final judgment. **Palmisano v. Nauman-Anderson**, 2017-511 (La. App. 5th Cir. 12/27/17), 236 So.3d 1275, 1277.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT